IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

AUG 2 1 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOE L. MITCHELL,<br><br>Defendant. | CRIMINAL NO. 13-30188-DRH<br><br>Title 21<br>United States Code,<br>Section 841(a)(1) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Possession with Intent to Distribute Methadone)**

From on or about January 2011 to on or about June 1, 2013, in St. Clair County, within the Southern District of Illinois,

### JOE L. MITCHELL

defendant herein, did knowingly and intentionally possess with intent to distribute methadone, a Schedule II controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**A TRUE BILL**

JAMES L. PORTER
First Assistant United States Attorney

STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: $10,000 unsecured